IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAEVIER KELLOGG, and TALIESHA GOODWIN,<br><br>        Petitioners,<br><br>vs.<br><br>ROBERT MADSEN, Director at NSP; and MICHELE WILHELM, Warden at NSP;<br><br>        Respondents. | **8:22CV335**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Petitioner Taliesha Goodwin ("Petitioner" or "Goodwin") filed a Petition for Writ of Habeas Corpus, Filing No. 1, on September 19, 2022, on behalf of her son, Daevier Kellogg ("Kellogg").[1] However, Petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the Clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

---

[1] The Court notes that the Petition filed by Goodwin is almost identical to a Petition filed by Kellogg himself on September 14, 2022, in Case No. 4:22CV3202. *Compare* Filing No. 1 *with* Filing No. 1, Case No. 4:22CV3202. On September 20, 2022, the Court entered an order in Case No. 4:22CV3202 directing Kellogg to submit the $5.00 fee or a request to proceed in forma pauperis by October 20, 2022. Filing No. 3, Case No. 4:22CV3202.

2. The Clerk of the Court is directed to send to Petitioner Taliesha Goodwin the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 21, 2022**: Check for MIFP or payment.

Dated this 21st day of September, 2022.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge